IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number:13-CV-23073-Altonaga/Simonton

Madelyn Valdes,

    Plaintiff,                                     **Plaintiff's Notice of Filing**
vs.                                                          **Proof of Service**

City of Doral,

    Defendant.
_____/

Plaintiff, Madelyn Valdes, gives notice of filing Proof of Service of the Summons and Complaint on Defendant, City of Doral dated December 24, 2013.

                                                   Respectfully Submitted,
                                                   /s/ Ryan C. Brenton
                                                   RYAN C. BRENTON

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed by CM/ECF and thereby served this 30th day of December, 2013 on Jeffrey L. Hochman, Esquire, hochman@jambg.com Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A. 2455 East Sunrise Boulevard Suite 1000, Fort Lauderdale, FL 33304; and Kara S. Nickel, Attorney at Law, knickel@swmwas.com Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Museum Tower 150 West Flagler Street Suite 2220, Miami, FL 33130.

                                                  /s/ Ryan C. Brenton
                                                 KAREN COOLMAN AMLONG
                                                 Florida Bar No.: 275565
                                                 KAmlong@theamlongfirm.com
                                                 RYAN C. BRENTON
                                                 Florida Bar No.: 107675
                                                 Rbrenton@theamlongfirm.com
                                                 AMLONG & AMLONG, P.A.
                                                 500 Northeast Fourth Street
                                                 Fort Lauderdale, Florida 33301-1154
                                                 (954) 462-1983

\\amlong3\cpshare\CPWin\HISTORY\131209_0001\12BC.64



# RETURN OF SERVICE

**State of FLORIDA**       **County of SOUTHERN**      **District Court**

Case Number: 13-CV-23073-ALTONAGA/SIMONTON

Plaintiff:
**MADELYN VALDES**

vs.

Defendant:
**CITY OF DORAL**

For:
Karen Coolman Amlong
AMLONG & AMLONG, P.A.
500 Ne 4th Street
Second Floor
Fort Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 23rd day of December, 2013 at 5:07 pm to be served on **CITY OF DORAL, 8300 NW 53 TERR, DORAL, FL 33166.**

I, GLENVILLE SMITH, do hereby affirm that on the **24th day of December, 2013 at 11:15 am, I:**

**PUBLIC AGENCY:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **KARINA LAROSA as ASST. CITY CLERK** at the address of **8300 NW 53 TERR, DORAL, FL 33166** for **CITY OF DORAL** and informing said person of the contents therein.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE. 92.525.

**GLENVILLE SMITH**
CPS # 502

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2013017846

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n