UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-23073-CIV-ALTONAGA

**MADELYN VALDES**,

    Plaintiff,
v.

**CITY OF DORAL**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Plaintiff's Unopposed Motion for Leave to File out of Time Proof of Service and Reopen Case [ECF No. 8]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of Court is instructed to reopen this case, and Plaintiff shall file proof of service as to Defendant.

**DONE AND ORDERED** in Miami, Florida this 31st day of December, 2013.

                                            _____
                                            **CECILIA M. ALTONAGA**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record